| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JOSEPH KRIST, III, §
§
    Plaintiff, §
§
versus §   CIVIL ACTION NO. 1:20-CV-129
§
UNITED STATES OF AMERICA, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Joseph Krist, III, proceeding *pro se*, filed the above-styled lawsuit. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the claim against League Medical Concepts be dismissed for failure to state a claim upon which relief maybe granted. To date, the parties have not filed objections.

    The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

    Accordingly, the Report and Recommendation of United States Magistrate Judge (#25) is **ADOPTED**. The claim against League Medical Concepts is **DISMISSED**.

    SIGNED at Beaumont, Texas, this 3rd day of December, 2025.

*/s/ Marcia A. Crone*
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE